O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEVIN ANTARIO BROWN,           )  CASE NO. CV 13-08360 AB (RZ)
                               )
              Petitioner,      )
                               )  ORDER ACCEPTING FINDINGS AND
      vs.                      )  RECOMMENDATIONS OF UNITED
                               )  STATES MAGISTRATE JUDGE
A.M. GONZALES, WARDEN,         )
                               )
              Respondent.      )
                               )

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: April 16. 2015

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE