O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEVIN ANTARIO BROWN,                    )         CASE NO. CV 13-08360 AB (RZ)
                                        )
                 Petitioner,            )
                                        )         JUDGMENT
        vs.                             )
                                        )
A.M. GONZALES, WARDEN,                  )
                                        )
                 Respondent.            )
_____ )

        This matter came before the Court on the Petition of KEVIN ANTARIO
BROWN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers,
and having accepted the findings and recommendation of the United States Magistrate
Judge,

        IT IS ORDERED AND ADJUDGED that the Petition is denied and the action
is dismissed with prejudice.

DATED: April 16, 2015

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE